FILED
2009 Jan-06 PM 03:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | |
| ) | Criminal Action Number |
| **LANIER ROBERT HIGGINS,** ) | **2:07-cr-450-UWC** |
| ) | |
| Defendant. ) | |

## AMENDED  MEMORANDUM OPINION
## ACCOMPANYING SHOW CAUSE ORDER

The Court's January 3, 2009, Memorandum Opinion, Doc. 26, is hereby

AMENDED by deleting the word "although" from line 7 of page 2 thereof.

_____
U.W. Clemon
United States District Judge